# THE STATE OF TEXAS
# M A N D A T E
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 123RD DISTRICT COURT OF SHELBY COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 27th day of August, 2014, the cause upon appeal to revise or reverse your judgment between

**SHERILYN ALEXANDER LANDERS AND BILLYE C. ALEXANDER, HEIRS OF W. W. ALEXANDER AND JERRELL FLEMING, SHARON FLEMING, LAVEY ALEXANDER AND DIANNE BATSON, Appellant**

**NO. 12-13-00282-CV; Trial Court No. 11-CV-31,845**

Opinion by Bill Bass, Justice.

**RICHARD LIVINGSTON AND DIANNE LIVINGSTON, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that the judgment same should be **reversed** and **rendered**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that the judgment of the trial court below in favor of Appellees, **RICHARD LIVINGSTON AND DIANNE LIVINGSTON**, be, and the same is, hereby **reversed** and judgment is **rendered**. All costs in this cause expended in this court be, and the same are, hereby adjudged against the Appellees, **RICHARD LIVINGSTON AND DIANNE LIVINGSTON**, for which let execution issue; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 16th day of March, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk